IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| DWAYNE ALLEN FISHER, | : |
| Plaintiff, | : |
| v. | : CASE NO. 5:07-cv-49 (CAR) |
| Assistant District Attorney GREGORY LYN BUSHWAY and Jones Co. Sheriff R.N. BUTCH REECE, | : : |
| Defendants. | : |

# J U D G M E N T

Pursuant to the Order of this Court filed April 11, 2007, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this action.

This 11th day of April, 2007.

**GREGORY J. LEONARD, CLERK**

**s/ Denise Partee, Deputy Clerk**